1  James M. Braden (State Bar No. 102397)
   Pamela J. Sieux (State Bar No. 201102)
2  Law Offices of James M. Braden
   44 Montgomery Street, Suite 1210
3  San Francisco, CA 94104
   Telephone: (415) 398-6865
4  Facsimile: (415) 788-5605

5  Attorneys for Plaintiff
   PT. UNITED CHEMICALS INTER ANEKA
6

7
   Roderick M. Thompson (State Bar No. 96192)
8  Sandra A. Kearney (State Bar No. 154578)
   Sarah F. Peterman (State Bar No. 227082)
9  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480

12 Attorneys for Defendant
   AMERICAN GILSONITE COMPANY
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

18
   PT. UNITED CHEMICALS INTER           Case No. C 07 2340 JSW
19 ANEKA, a corporation of the Republic of
   Indonesia,                           STIPULATION RE CONTINUANCE OF
20                                      ALL DATES IN THIS MATTER PENDING
              Plaintiff,                SETTLEMENT DISCUSSIONS AND
21                                      [PROPOSED] ORDER
         vs.
22
   AMERICAN GILSONITE COMPANY, an
23 Oklahoma corporation,

24            Defendant.

25

26     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PT. UNITED

27 CHEMICALS INTER ANEKA and Defendant AMERICAN GILSONITE COMPANY, by and

28
   STIPULATION RE CONTINUANCE OF
   Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor   DATES AND [PROPOSED] ORDER
   San Francisco, CA 94104             Case No. C 07 2340 JSW
   (415) 954-4400

through their counsel of record, as follows.

Recently, counsel for the parties conducted an in-person meeting to explore potential settlement in this matter. The parties continue to be engaged in discussions concerning a potential settlement of this matter. Therefore, the parties believe that all calendared events and any other actions to be taken in this case be continued for sixty days in order to allow the parties, at this early stage, an opportunity to fully explore whether they are able to resolve this matter. They believe that additional expenditure of attorney's fees and costs would not be conducive to this end. Accordingly, the parties respectfully request that this Court continue all dates calendared in this matter as follows.

| CURRENT SCHEDULE OF EVENTS | PROPOSED SCHEDULE OF EVENTS |
|---|---|
| Last day for defendant to respond to plaintiff's complaint (7/12/07) | September 10, 2007 |
| Last day to: | |
| *Meet and Confer re initial disclosures, early settlement, ADR process selection, and discovery plan (7/13/07) | September 11, 2007 |
| * File Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference (7/13/07) | September 11, 2007 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (7/27/07) | September 25, 2007 |
| Initial Case Management Conference (8/3/07, 1:30 p.m.) | October 5̶, 2007, at 1:30 p.m. [12] |

STIPULATION RE CONTINUANCE OF
DATES AND [~~PROPOSED~~] ORDER    - 1 -
Case No. C 07 2340 JSW

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1 | Dated: July 3, 2007.

FARELLA BRAUN & MARTEL LLP

By: _/s/ Sandra Kearney_
Sandra A. Kearney

Attorneys for Defendant
AMERICAN GILSONITE COMPANY

6 | Dated: July _3_, 2007.

LAW OFFICES OF JAMES M. BRADEN

By: _/s/ Pamela J. Sieux_
Pamela J. Sieux

Attorneys for Plaintiff
PT. UNITED CHEMICALS INTER ANEKA

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE CONTINUANCE OF
DATES AND [PROPOSED] ORDER
Case No. C 07 2340 JSW

- 2 -

Received Time Jul. 3. 4:02PM

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 5, 2007.

_____
Jeffrey S. White
U.S District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION RE CONTINUANCE OF
DATES AND [PROPOSED] ORDER                - 3 -
Case No. C 07-2340 JSW

Received Time Jul. 3. 4:02PM