1  James M. Braden (State Bar No. 102397)
   Pamela J. Sieux (State Bar No. 201102)
2  Law Offices of James M. Braden
   44 Montgomery Street, Suite 1210
3  San Francisco, CA  94104
   Telephone:  (415) 398-6865
4  Facsimile:  (415) 788-5605

5  Attorneys for Plaintiff
   PT. UNITED CHEMICALS INTER ANEKA
6

7

8  Roderick M. Thompson (State Bar No. 96192)
   Sandra A. Kearney (State Bar No. 154578)
   Sarah F. Peterman (State Bar No. 227082)
9  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA  94104
   Telephone:  (415) 954-4400
11 Facsimile:  (415) 954-4480

12 Attorneys for Defendant
   AMERICAN GILSONITE COMPANY
13

14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19 PT. UNITED CHEMICALS INTER            Case No.  C 07 2340 JSW
   ANEKA, a corporation of the Republic of
20 Indonesia,                            **FURTHER STIPULATION RE
                                         CONTINUANCE OF ALL DATES IN THIS
21                Plaintiff,             MATTER PENDING SETTLEMENT
                                         DISCUSSIONS AND [PROPOSED] ORDER**
22        vs.

23 AMERICAN GILSONITE COMPANY, an
   Oklahoma corporation,
24
                   Defendant.
25

26     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PT. UNITED

27 CHEMICALS INTER ANEKA and Defendant AMERICAN GILSONITE COMPANY, by and

28

**FURTHER STIPULATION RE
CONTINUANCE OF DATES AND
[PROPOSED] ORDER**
Case No. C 07 2340 JSW

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

1    through their counsel of record, as follows.

2       (1)    On July 3, 2007, the parties stipulated to a 60-day continuance of all dates in this

3    matter pending settlement discussions, and on July 5, 2007, the Court entered its Order approving

4    that stipulation.

5       (2)    The parties believed in early July that 60 days would be sufficient time to

6    complete settlement discussions.   Communications for that purpose have occurred during the

7    past two months.   The parties and their attorneys have agreed that it will be desirable to meet in

8    San Francisco to discuss settlement face-to-face.   However, due to the great distance between

9    Indonesia and California, and the press of other business, the principals were not able to schedule

10   a San Francisco meeting during either July or August.

11      (3)    The parties hope to schedule a San Francisco meeting during the month of

12   September, with the continuing purpose of attempting to achieve an amicable settlement of this

13   matter.

14      (4)    Therefore, the parties believe that all calendared events and any other actions to be

15   taken in this case should be continued for an additional sixty days in order to allow the parties a

16   continuing opportunity to fully explore whether they are able to resolve this matter.  They believe

17   that additional expenditure of attorney's fees and costs would not be conducive to this end.

18   Accordingly, the parties respectfully request that this Court continue all dates calendared in this

19   matter as follows.

**CURRENT SCHEDULE OF EVENTS**                    **PROPOSED SCHEDULE OF EVENTS**

Last day for defendant to respond to plaintiff's                    November 9, 2007
complaint (9/10/07)

Last day to:

   *Meet and Confer re initial disclosures,                         November 13, 2007
early settlement, ADR process selection, and
discovery plan (9/11/07)

**STIPULATION RE CONTINUANCE OF
DATES AND [PROPOSED] ORDER**                    - 1 -
Case No. C 07 2340 JSW

1

2      \* File Joint ADR Certification with
Stipulation to ADR Process or Notice of Need         November 13, 2007

3    for ADR Phone Conference (9/11/07)

4    Last day to file Rule 26(f) Report, complete
initial disclosures or state objection in

5    Rule 26(f) Report and file Case Management        November 26, 2007
Statement per Standing Order re Contents of

6    Joint Case Management Statement (9/25/07)

7
    Initial Case Management Conference (10/5/07,      December 7, 2007, at 1:30 p.m.

8    1:30 p.m.)

9

10         IT IS SO STIPULATED.

11         Concurrence in filing this document was obtained from Sandra S. Kearney, defendant's

12    counsel, in compliance with General Order Number 45, Section X.

13

14    Dated:  August 31, 2007.         FARELLA BRAUN & MARTEL LLP

15

16                   By: /s/_____
                      Sandra A. Kearney

17

18                    Attorneys for Defendant
                    AMERICAN GILSONITE COMPANY

19    Dated:  August 31, 2007.         LAW OFFICES OF JAMES M. BRADEN

20

21                   By: /s/_____
                      Pamela J. Sieux

22

23                    Attorneys for Plaintiff
                    PT. UNITED CHEMICALS INTER
                    ANEKA

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

**STIPULATION RE CONTINUANCE OF
DATES AND [PROPOSED] ORDER**     - 2 -
Case No. C 07 2340 JSW

1

ORDER

2

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5          Dated:_____Setpember 4_____, 2007.

6

7          _____

8                    Jeffrey S. White
                     U.S District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**STIPULATION RE CONTINUANCE OF**
**DATES AND [PROPOSED] ORDER**          - 3 -
Case No. C 07 2340 JSW