IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PT UNITED CHEMICALS INTER ANEKA,

    Plaintiff,

v.

AMERICAN GILSONITE COMPANY, INC.,

    Defendant.

                                    /

No. C 07-02340 JSW

**ORDER OF REFERRAL TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE**

    Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 and the consent of the parties, this matter is referred to Magistrate Judge Joseph Spero to conduct a settlement conference by no later than February 22, 2008, if possible.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: December 11, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom