James M. Braden (State Bar No. 102397)
Pamela J. Sieux (State Bar No. 201102)
Law Offices of James M. Braden
44 Montgomery Street, Suite 1210
San Francisco, CA 94104
Telephone: (415) 398-6865
Facsimile: (415) 788-5605

Attorneys for Plaintiff and Counterdefendant
PT. UNITED CHEMICALS INTER ANEKA


Roderick M. Thompson (State Bar No. 96192)
Sandra A. Kearney (State Bar No. 154578)
Sarah F. Peterman (State Bar No. 227082)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and Counterclaimant
AMERICAN GILSONITE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PT. UNITED CHEMICALS INTER ANEKA, a corporation of the Republic of Indonesia,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN GILSONITE COMPANY, an Oklahoma corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C 07 2340 JSW<br><br>**STIPULATION EXTENDING TIME FOR PARTIES TO SUBMIT BRIEFS FOR SETTLEMENT CONFERENCE SCHEDULED FOR MARCH 13, 2008; ORDER THEREON**<br><br>Date: March 13, 2008<br>Time: 11:00 a.m.<br>Judge: Hon. Joseph Spero |

Defendant and Counterclaimant American Gilsonite Company ("American Gilsonite"), and Plaintiff and Counterdefendant Pt. United Chemicals Inter Aneka ("UCIA"), by and through their respective counsel, hereby stipulate that the current due date of February 28, 2008 for the parties to submit to the Hon. Joseph Spero their briefs for the Settlement Conference scheduled for March 13, 2008 shall be extended by seven days, i.e. to March 6, 2008.

IT IS SO STIPULATED.

Concurrence in filing this document was obtained from Sandra A. Kearney, American Gilsonite's counsel, in compliance with General Order Number 45, Section X.

Dated: February 25, 2008

FARELLA BRAUN & MARTEL LLP

By: /S/ Sandra A. Kearney

Attorneys for Defendant and Counterclaimant
AMERICAN GILSONITE COMPANY

Dated: February 28, 2008

LAW OFFICES OF JAMES M. BRADEN

By: /S/ James M. Braden

Attorneys for Plaintiff and Counterdefendant
PT. UNITED CHEMICALS INTER ANEKA

DATED: February 26, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME FOR
PARTIES TO SUBMIT SETTLEMENT CONF. BRIEFS

Case No. C 07 2340 JSW