UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PT. UNITED CHEMICALS INTER ANEKA,   No. C-07-02340 JSW (JCS)

    Plaintiff(s),

    v.   **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

AMERICAN GILSONITE COMPANY,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **April 24, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

Updated Settlement Conference Statements shall be LODGED with Chambers (NOT electronically filed) **no later than April 17, 2008**.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's December 18, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: March 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge